■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DESARAIE BROWN, Appellant. [996 NYS2d 555]—Appeal from a

judgment of the County Court of Franklin County (Main Jr., J.), rendered June 25, 2013, which revoked defendant's probation and imposed a sentence of imprisonment.

In 2012, defendant waived indictment and pleaded guilty to criminal possession of a controlled substance in the third degree and was sentenced to five years of probation. She was subsequently charged with violating the terms of her probation. Defendant pleaded guilty to certain probation violations and waived her right to appeal. Thereafter, her probation was revoked and she was sentenced in accordance with the plea agreement to four years in prison followed by two years of post-release supervision. Defendant appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Upon reviewing the record and counsel's brief, we agree. Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979, 980 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Peters, P.J., Rose, Egan Jr., Lynch and Clark, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.